James COLLITON, Plaintiff–Appellant,

v.

CRAVATH, SWAIN & MOORE, LLP, Defendant–Appellee.

No. 08–5556–cv.

United States Court of Appeals, Second Circuit.

Dec. 16, 2009.

James Colliton, Poughkeepsie, NY, pro se.

Robert H. Baron (Stuart W. Gold, on the brief), Cravath, Swain & Moore LLP, pro se, New York, NY, for Defendant–Appellee.

Present: JOSEPH M. McLAUGHLIN, ROBERT A. KATZMANN, GERARD E. LYNCH, Circuit Judges.

## SUMMARY ORDER

Substantially for the reasons stated in the District Court's Memorandum and Order, 2008 WL 4386764, dated September 23, 2008, we conclude that the Defendant–Appellee's motion to dismiss the complaint was properly granted. Accordingly, we **AFFIRM** the judgment of the District Court.